```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


DARRIN LMINGGIO              :     CRIMINAL 3-00-CR-170 (SRU)

     vs                      :     CIVIL 3-05-CV-532(SRU)

UNITED STATES OF AMERICA     :
```

ORDER TO SHOW CAUSE

Upon the petition of DARRIN LMINGGIO, the respondent is hereby ORDERED to show cause why the relief prayed for in the motion under 28 USC 2255 to vacate, set aside or correct should not be granted. The Court further ORDERS that service by the United States Marshal of this Order, together with a copy of the motion on respondent's representative, Kevin J. O'Connor, United States Attorney, 157 Church Street, New Haven, CT, on or before May 6, 2005, shall be deemed sufficient.  The respondent shall file its response by June 6, 2005.  Any reply shall be filed by the petitioner by July 6, 2005.

   SO ORDERED.

   Dated at Bridgeport, Connecticut this 7th day of April, 2005.


                                   /s/ Stefan R. Underhill
                                   Stefan R. Underhill, U.S.D.J.