UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:05CV532(SRU) |
| vs. | : | NO. 3:00CR170(SRU) |
| DARRIN LMINGGIO | : | June 1, 2005 |

## MOTION TO INTERVENE

    The Office of the Federal Defender moves, pursuant to Rule 24 (a) of the Federal Rules of Civil Procedure, to intervene in this matter solely for the purpose of registering its opposition to the government's Request for an Order requiring former Assistant Federal Defender Sarah A. Chambers to file an affidavit regarding her discussions with the petitioner on the issue of whether he requested that an appeal be filed, and that she be ordered to provide the government with documents from the case file regarding the taking of an appeal.

    The Office of the Federal Defender has an interest in protecting the privileges of its clients and in preserving the confidentiality of its case files. The disposition of the government's request without the input of the Defender Office may impair or impede the Office's ability to protect these interests.

    If this Motion is granted, the undersigned respectfully refers the Court to the attached Memorandum in Opposition to the Government's Request for an Order.

Respectfully submitted,

Dated: June 1, 2005

Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260

- 2 -

<u>CERTIFICATION</u>

    I HEREBY CERTIFY that a copy of the foregoing Motion to Intervene has been mailed to James I. Glasser, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, Sarah Chambers, Esq., Office of the Bar Counsel, 99 High Street, Boston, MA 02110; Darrin Lminggio, Prisoner No. 13952014, Federal Correctional Institution, Medical Center, Springfield, MO, on this 1 day of June 2005.

                                                                                                                                                                                           _____

                                                                                                                                                                                       Thomas G. Dennis

Case 3:00-cr-00170-SRU    Document 27    Filed 06/01/2005    Page 2 of 2