# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                            **APPEARANCE**

                                              CASE NO.: 3:00CR00170(SRU)

DARRIN LMINGGIO

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

                                          DARRIN LMINGGIO

|  |  |
|---|---|
| Date: March 18, 2008 | */s/* <br> Signature |
| Bar No.: ct25379 | Sarah A. L. Merriam <br> Print Name |
|  | FEDERAL DEFENDER OFFICE <br> Firm Name |
|  | 265 Church Street, Suite 702 <br> Address |
|  | New Haven,   CT   06510 <br> City     State   Zip Code |
|  | (203) 498-4200 <br> Phone Number |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been mailed to Sandra Glover, Assistant United States Attorney, 157 Church Street, 23rd Floor, New Haven, CT, 06510, on this 18th day of March, 2008.

                                          /s/
                                    _____
                                       Sarah A. L. Merriam