UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:00CR170(SRU) |
| | : | |
| DARRIN LMINGGIO | : | April 4, 2008 |

## NOTICE OF APPEARANCE

Please enter the appearance of Sandra S. Glover, Assistant United States Attorney, as co-counsel for the United States of America, in the above-referenced case.

                        Respectfully submitted,

                        NORA R. DANNEHY
                        ACTING UNITED STATES ATTORNEY


                        SANDRA S. GLOVER
                        ASSISTANT UNITED STATES ATTORNEY
                        Federal Bar No. ct24354
                        23d Floor
                        157 Church Street
                        New Haven, Connecticut  06510
                        (203) 821-3700
                        Sandra.Glover@usdoj.gov


By:          RAHUL KALE
               ASSISTANT UNITED STATES ATTORNEY
               Federal Bar No. phv0256
               915 Lafayette Blvd.
               Bridgeport, CT 06604

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 4th day of April, 2008, I caused a copy of the foregoing Notice to be sent by first-class mail, postage prepaid, to the following:

> Sarah A. L. Merriam
> Federal Public Defender's Office
> 265 Church Street, Suite 702
> New Haven, CT 06510
>
> Paul Collette
> Senior U.S. Probation Officer
> 157 Church Street, 22nd Floor
> New Haven, CT 06510

                                                                              RAHUL KALE
                                                                              ASSISTANT UNITED STATES ATTORNEY