UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:00CR00170(SRU) |
| | : | |
| v. | : | |
| | : | |
| DARRIN LMINGGIO | : | April 10, 2008 |

## MOTION FOR EXTENSION OF TIME

The defendant, Darrin Lminggio, hereby requests an extension of time within which to file a response to the Government's brief dated April 4, 2008 [Doc. 35].

Undersigned counsel is in contact with Mr. Lminggio. The issues in this case present complex legal and factual issues relating to the drug equivalency tables in the Sentencing Guidelines, and counsel requires additional time to research these issues and prepare an appropriate brief. Accordingly, the defendant requests that he be permitted to file a response to the Government's brief on or before May 30, 2008. This is the defendant's first motion for an extension of this deadline. Assistant United States Attorney Sandra Glover has no objection to this extension of time.

Respectfully submitted,

The Defendant,
Darrin Lminggio

Thomas G. Dennis
Federal Defender

Dated: April 10, 2008         _____/s/_____
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT   06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 10, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/
                              Sarah A. L. Merriam