UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:00CR00170(SRU) |
| | : | |
| v. | : | |
| | : | |
| DARRIN LMINGGIO | : | May 29, 2008 |

## MOTION FOR EXTENSION OF TIME

The defendant, Darrin Lminggio, hereby requests an extension of time within which to file a response to the Government's brief dated April 4, 2008 [Doc. 35]. The defendant's memo is currently due on May 30, 2008. Due to the complexity of the issues in this case, the large number of records pertaining to the defendant's medical condition to be reviewed, the constant developments in the relevant law, and the press of other business, undersigned counsel has not yet been able to complete the memorandum. Accordingly, the defendant requests an extension to and including June 9, 2008, to file a response to the Government's brief. This is the defendant's second motion for an extension of this deadline. Undersigned counsel was unable to ascertain Assistant United States Attorney Sandra Glover's position on this extension of time.

Respectfully submitted,

The Defendant,
Darrin Lminggio

Thomas G. Dennis
Federal Defender

Dated: May 29, 2008                    _____/s/_____

Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT  06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 29, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/
                                      Sarah A. L. Merriam