# Certificate of Achievement

This certifies that

**Darrin Iminggio**

has completed "Cage Your Rage"
( 6 weeks )

on this 31st of May 2002

_D. Shires_
D. Shires, Counselor

# Certificate of Achievement

**FCI Schuylkill**

This certifies that

*Darrin Lminggio*

has satisfactorily completed

*Lifestyle Issues (10 hours)*

On this 17th day of December, 2002

Glenn Walters, Ph.D.

# Certificate of Achievement

This certifies that

**Darrin Lminggio**

has satisfactorily completed

**The Victim Impact Program**

July 2002 to March 2003

FCI Schuylkill
Minersville, PA

_C. Huber_
C. Huber

_A. Frederick_
A. Frederick

4B

# Certificate of Achievement

This certifies that

**Darrin Lmiggio**

#13952-014

has successfully completed

**Drug Abuse Education**

on this 26th day of February, 2003

A. Frederick
A. Frederick, DCS

FCI Schuylkill
Minersville, PA

# Achievement
## Award

This certificate is presented to

**Darren Linuggio**

for completing
"Beat the Street"

September 2, 2003

*R. Smith*, Counselor

**FCI Schuylkill**



## BRIDGETON AREA CHAMBER OF COMMERCE

*To all Persons to Whom these letters may come greeting*
*Be it Known That*

*Darrin Lminggio*

*having satisifed in full the statutory and regulatory requirements of the State of New Jersey for the*

*High School Diploma*

*has been awarded this diploma with all rights, privileges and honors.*


Executive Director

July 17, 2007
Date of Issuance

