UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           :
                                   :
            vs.                    :    CRIM. NO. 3:00CR00170(SRU)
                                   :
DARRIN LMINGGIO                    :    JUNE 23, 2008

### REQUEST FOR LEAVE
### TO FILE DOCUMENTS UNDER SEAL

The defendant, Darrin Lminggio, hereby requests leave to file the accompanying documents under seal. In support of this Motion, defendant states that the filing of these documents under seal is in the interest of justice as the documents contain confidential information. These documents are referred to in document #41 which was filed on June 6, 2008.

Respectfully submitted,

THE DEFENDANT,
DARRIN LMINGGIO

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: JUNE 23, 2008

Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2008, a copy of the foregoing motion was mailed to Sandra Glover, Assistant United States Attorney, 157 Church Street, 23rd Fl, New Haven, CT 06510.

Sarah A. L. Merriam